**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **In Re: BRANDON RICHARD LUNDBERG,** | : | Case No. 12-59602 |
| | : | |
| | : | Chapter 13 |
| | : | |
| Debtor. | : | Judge John E. Hoffman, Jr. |

**NOTICE OF CHANGE OF ADDRESS OF DEBTOR**

    Now comes Debtor BRANDON RICHARD LUNDBERG by and through the undersigned counsel, and respectfully provides this Honorable Court with notice of a change of address for the Debtor:

BRANDON RICHARD LUNDBERG
5355 Silverthorne Road
Westerville, Ohio 43081

Respectfully submitted,

Dated: 01 April 2015

*s/ Mark Albert Herder*
Mark Albert Herder (0061503)
Attorney for the Debtor
MARK ALBERT HERDER, LLC
1031 East Broad Street
Columbus, Ohio 43205
Tel.:   614.444.5290
Fax:   614.444.4446
markalbertherder@yahoo.com