**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**In re:  BRANDON RICHARD LUNDBERG,**         :        Case No. 12-59602
                                                                                       :
                                                                                       :        Chapter 13
                                                                                       :
                        Debtor.                                           :        Judge John E. Hoffman, Jr.

**DEBTOR'S CERTIFICATION REGARDING ISSUANCE OF DISCHARGE ORDER**

Now comes the Debtor in the above captioned case and certifies as follows:

1. The Chapter 13 Trustee has filed a Certification of Final Payment in this case

2. I have completed a financial management instructional course approved by the U.S. Trustee and have filed the certificate with the Court in accordance with Fed.R.Bankr.P. 1007(b)(7).  (See Document No. 10) provided by the following entity: (See 11 U.S.C. section 1328(g) and section 111.)

    Name:         Academy of Financial Literacy
    Address:      2105 East Oakland Street
                          Chandler, Arizona 85225
    Telephone:  877-833-2867

3. As of the date of this certification, I have not been required by a judicial or administrative order, or by statute, to pay any domestic support obligation.  (See 11 U.S.C. section 1328(a) and section 101(14A).)

    OR

    (NOTE: If the following is applicable, all information required in questions a. through e. must be provided)

    a. As of the date of this certification, I have paid all amounts due under any domestic support obligation required by a judicial or administrative order, or by statute (including amounts due before this bankruptcy was filed, to the extent provided for by the plan).  The name, address and telephone number of the holder of a domestic support obligation is as follows: (See 11 U.S.C. section 1302(d), section 101(14A) and section 1302(d)(1).)

        Name:         _____
        Address:      _____
                             _____
        Telephone:  _____

    b. The name, address and telephone number of the State child support enforcement agency for this domestic support obligation is as follows:

        Name: _____
        Address: _____
                    _____
        Telephone: _____

    c. My most recent address:

        _____
        _____

    d. The name and address of my most recent employer is as follows:

        Name: _____
        Address: _____
                    _____

        Name: _____
        Address: _____
                    _____

    e. The name of each creditor that holds a claim that is not discharged under 11 U.S.C. 523(a)(2) or (a)(4) or a claim that was reaffirmed under 11 U.S.C. 524(c):

        Name: _____
        Name: _____
        Name: _____

4. I HAVE NOT received a discharge in a case filed under Chapter 7, 11, or 12 of this title during the 4 year period preceding the date of the order for relief under this chapter (see 11 U.S.C. section 1328(f)); OR if such a discharge has been received, the name of the court, case number and date of discharge is as follows:

    Court: _____
    Case Number: _____
    Date of Discharge: _____

5. I HAVE NOT received a discharge in a case filed under Chapter 13 of this title during the 2 year period preceding the date of the order for relief under this chapter (see 11 U.S.C. section 1328(f)); OR if such a discharge has been received, the name of the court, case number and date of discharge is as follows:

   Court: _____
   Case Number: _____
   Date of Discharge: _____

6. As of the date of this certification, we state that 11 U.S.C. section 522(q)(1) is not applicable to our case and we do not have pending any proceeding in which I/we may be found guilty of a felony of the kind described in section 522(q)(1)(A) or liable for a debt of the kind described in section 522(q)(1)(B).  (See 11 U.S.C. section 1328(h).)

  By signing this certification, we acknowledge that all of the statements contained herein are true and accurate and that the Court may rely on the truth of each of these statements in determining whether to grant us a discharge in this Chapter 13 bankruptcy case.  The Court may revoke my discharge if the statements relied upon are not accurate.

(NOTE TO COUNSEL: PLEASE REVIEW THIS FORM VERY CAREFULLY WITH YOUR CLIENTS.  REFER TO 11 U.S.C. SECTIONS 1302(d) AND 1328.)

Date: 2 November 2017        */s/ Brandon Richard Lundberg*
                   Brandon Richard Lundberg

                   Respectfully submitted,

Date: 2 November 2017        */s/ Mark Albert Herder*
                   Mark Albert Herder (0061503)
                   Attorney for the Debtor
                   MARK ALBERT HERDER, LLC
                   1031 East Broad Street
                   Columbus, Ohio 43205
                   Tel.: 614.444.5290
                   Fax: 614-444-4446
                   markalbertherder@yahoo.com

# **CERTIFICATE OF SERVICE**

      The undersigned attorney hereby certifies that a true and accurate copy of the preceding Certification by Debtor(s) Regarding Issuance of Discharge Order was duly served this date on the following registered ECF participants, electronically through the Court's ECF system at the email address registered with the Court:

Asst. U.S. Trustee (Col) - via ECF

Faye D. English, Chapter 13 Trustee - via ECF

      and on the following by **ordinary U.S. Mail** addressed to:

Brandon Richard Lundberg, 5471 Albany Terrace Way, Westerville, Ohio 43081


Dated: 2 November 2017
                                                                         /s/ Mark Albert Herder
                                                                          Mark Albert Herder (0061503)
                                                                          Attorney for the Debtor